IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE EDWARD WALLESKE,

    Petitioner,

v.                                                           CASE NO. 1:08-cv-16-MP-AK

JAMES R. MCDONOUGH,[1]

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Clarence Edward Walleske. Petitioner has not, however, paid the $5.00 filing fee or filed a motion for leave to proceed *in forma pauperis*. Therefore, consideration of the petition will be deferred until payment is received or IFP is granted.

Accordingly, it is ORDERED:

That the Clerk shall forward to Petitioner an application for leave to proceed *in forma pauperis*;

That Petitioner shall have until **March 6, 2008**, to either file an application for leave to proceed *in forma pauperis* or pay the $5.00 filing fee;

**That failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court**;

---

[1] Petitioner has named the Department of Corrections as the respondent. The appropriate respondent is Petitioner's custodian, James R. McDonough, the Secretary for the Florida Department of Corrections, and he is hereby substituted in the stead of the Department.

That James R. McDonough is hereby **SUBSTITUTED** for the Department of Corrections as the appropriate respondent.

**DONE AND ORDERED** this  *31st*  day of January, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**
