IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE EDWARD WALLESKE,

    Petitioner,
v.                                                           CASE NO. 1:08-cv-16-MP-AK

WALTER A. MCNEIL,[1]

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Clarence Edward Walleske. Petitioner has paid the filing fee. The Court has reviewed the petition, and Respondent will be required to file an answer or other pleading within the time set by this order. *See* § 2254 Rules 4 and 5. If an answer is filed, it shall be in compliance with § 2254 Rule 5. If a response is filed which raises a procedural argument not going to the merits, Respondents may await a ruling on that defense before filing an answer on the merits. Alternatively, Respondent may proceed directly to the merits without necessarily waiving the exhaustion requirement. *See* 28 U.S.C. §§ 2254(b)(2) and 2254(b)(3).

Petitioner may file a response to Respondent's arguments within the time set by this order, but he is not required to do so. Upon receipt of the Respondent's arguments and

---

[1]The appropriate respondent is Petitioner's custodian, the Secretary of the Florida Department of Corrections, Walter A. McNeil, who is hereby substituted in the stead of the Department of Corrections.

Petitioner's response (if any), the court will review the file to determine whether an evidentiary hearing is required. An evidentiary hearing will not be required unless consideration of disputed evidence outside the state court record appears necessary to the court. If it is determined that an evidentiary hearing is not required, the court will dispose of the petition as justice requires pursuant to § 2254 Rule 8(a).

Accordingly, it is **ORDERED:**

That Walter A. McNeil is hereby **SUBSTITUTED** for the Department of Corrections as the proper respondent;

That the clerk shall furnish by certified mail, return receipt requested, a copy of the petition for writ of habeas corpus, Document 1, and this order to Respondent and the Attorney General of the State of Florida;

Respondent shall file an answer or other pleading on or before **April 28, 2008;**

Petitioner shall have until **May 28, 2008**, to file a response, if desired.

**DONE AND ORDERED** this *25th* day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**