IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE EDWARD WALLESKE,

    Petitioner,

v.                                                                                    CASE NO. 1:08-cv-16-MMP-AK

WALTER MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 9, Motion for Extension of Time to Response. Having carefully considered the matter, the Court finds the motion is well taken and is **GRANTED**. Respondent shall file his response no later than **June 12, 2008**. **Respondent is cautioned, however, that no further extensions of time will be granted absent a showing of exigent circumstances**. Petitioner may file a reply no later than **July 14, 2008**.

    **DONE AND ORDERED** this  *30th*  day of April, 2008.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**