IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


CLARENCE WALLESKE,

      Petitioner,

v.                                      CASE NO. 1:08-cv-16-MP  -GRJ

SECRETARY, DEPT.
OF CORRECTIONS

      Respondent.
_____/


**O R D E R**

      This matter is before the Court upon Petitioner's filing of Docs. 63 and 64, styled

as "Fiduciary Appointment & Authorization."  These documents have been docketed in

Petitioner's pending 28 U.S.C § 2254 habeas corpus case, but they are in the form of

letters to the Clerk and do not conform to N.D. Fla. Local Rules 5.1(B) and 7.1(F)

governing the form of pleadings and motions.

      Accordingly, it is **ORDERED:**

      That Docs. 63 and 64 are hereby **STRICKEN.**  If Petitioner files similar
documents in the future, the Clerk shall present them to the Court for review prior
to docketing.  Petitioner is **WARNED** that the filing of frivolous pleadings will
result in the imposition of sanctions, which could include dismissal of this case.

      **DONE AND ORDERED** this 27th day of June 2011.


*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge