IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE WALLESKE,

    Petitioner,

v.                                                  CASE NO. 1:08-cv-00016-MP-EMT

EDWIN G BUSS, DEPARTMENT OF CORRECTIONS, JAMES R MCDONOUGH, WALTER A MCNEIL,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 69, Report and Recommendation of the Magistrate Judge, recommending that the § 2254 habeas petition be denied. The time for filing objections has passed, and none have been filed.

The Court agrees that the state court was reasonable in making the factual finding that Petitioner was brought to trial within 180 days of his indictment or information because his initial request to be tried was filed prematurely, in response to the arrest warrant not his indictment. Also, the state was not unreasonable in concluding that the state brought him to trial within 120 days of his arrival in the state.

Moreover, because the speedy trial claim was without merit, the state court was not unreasonable in concluding that defense counsel's failure to raise it could not be ineffective assistance of counsel. Finally, defense counsel was not ineffective for not filing an appeal because petitioner never contacted him to tell him to file an appeal, and, because the above arguments are without merit, counsel had not reason to reasonably believe that petitioner wanted to file an appeal.

Therefore, the Court agrees with the Magistrate Judge that petitioner has failed to demonstrate that the state court decision was contrary to or an unreasonable application of clearly establish federal law.  Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The petition under 28 U.S.C. § 2254 is denied.

3. For the reasons stated above, the Court finds that Petitioner fails to make a substantial showing of the denial of a constitutional right and the issues are not adequate enough to deserve encouragement to proceed further.  Accordingly, no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this *13th* day of September, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge